JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MONTERROSO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICOLD LOGISTICS LLC and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | No. 5:19-cv-01755 JAK (SPx)<br><br>**ORDER RE JOINT STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (DKT. 25)** |

Based on a review of the Joint Stipulation and Request for Dismissal of Entire Action with Prejudice Pursuant to Fed. R. Civ. P. 41 (the "Stipulation" (Dkt. 25)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The entire action is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: December 29, 2020

John A. Kronstadt
United States District Judge